U.S. DISTRICT COURT
NORTHERN CALIFORNIA (SAN FRANCISCO)

ANTOINE GOMIS,                    [NEW] DOCKET No.:
PLAINTIFF,                        CV 08 2276
     V.                           AGENCY No.: A96-386-677
UNITED STATES OF AMERICA;         DATE: APRIL 01, 2008
U.S. DEPARTMENT OF STATE;
U.S. DEPARTMENT OF HOMELAND SECURITY;
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
U.S. POSTAL SERVICES;
CALIFORNIA STATE;
YUBA COUNTY BOARD OF SUPERVISORS;
YUBA COUNTY SHERIFF DEPARTMENT;
YUBA COUNTY JAIL;
MARYSVILLE CITY (CA);
DEFENDANTS

CIVIL COMPLAINT

JURY TRIAL REQUEST

MONEY DAMAGES

GROUNDS: EMOTIONAL AND PHYSICAL INJURIES INFLICTION FROM JUNE 2005 TO CURRENT WHILE UNDER KIDNAPPING (TO BE DETAILED)

JURISDICTION: UNDER TORTURE VICTIM PROTECTION ACT, FTCA, ETC...

Dr. ANTOINE GOMIS, PRO SE
170049-B214
17695 INDUSTRIAL FARM ROAD
BAKERSFIELD, CA 93308-9563



**LEGAL MAIL**

