E-filing

FILED
MAY 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff,

vs.

Defendant.

CASE NO. ______ 6 JW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

**(PR)**

I, Dr. Antoine Gomis, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ___ X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______ Net: ______

Employer: ______

______

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

________________________________________

________________________________________

________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ____ No ____ X

b. Income from stocks, bonds, or royalties? — Yes ____ No ____ X

c. Rent payments? — Yes ____ No X

d. Pensions, annuities, or life insurance payments? — Yes ____ No ____

e. Federal or State welfare payments, Social Security or other government source? — Yes ____ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

________________________________________

________________________________________

3. Are you married? — Yes ____ No X

Spouse's Full Name: ____________________

Spouse's Place of Employment: ____________________

Spouse's Monthly Salary, Wages or Income:

Gross $ N/A Net $ N/A

4. a. List amount you contribute to your spouse's support:$ N/A

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ___ No ___ N/A X

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes ___ No ___

Make __________ Year __________ Model N/A__________

Is it financed? Yes _____ No _____ If so, Total due: $ N/A__________

Monthly Payment: $ __________ N/A X

7. Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________________________

______________________________________________

Present balance(s): $ __________

Do you own any cash? Yes ___ No ___ N/A Amount: $ N/A X__________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___ N/A X

______________________________________________

8. What are your monthly expenses?

Rent: $ __________ Utilities: __________

Food: $ __________ Clothing: __________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ | $ |
|  | $ | $ |
|  | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

[illegible]

DATE SIGNATURE OF APPLICANT

[illegible]

[illegible]

BLOCK [illegible]

S.C. [illegible] COUNTY JAIL [illegible]

[illegible]

SUB TOTAL [illegible]

SALES TAX [illegible]

[illegible]

[illegible] BALANCE [illegible]

[illegible]

To whom this

following financial

statement

while in detention,

THE FINANCIAL STATEMENT

will not be bettered

[illegible]



AHN-A02276

GOMIS ANTOINE
H514 # 1704049

**Case Number:** ____________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of GOMIS, ANTOINE [prisoner name] for the last six months at KERN COUNTY LERDO PRE TRIAL [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ .30 and the average balance in the prisoner's account each month for the most recent 6-month period was $ .30.

Dated: 5/30/06

[signature], FST.
[Authorized officer of the institution]

KERN COUNTY SHERIFFS DEPT

Resident Account Summary

Tuesday, May 30, 2006 @14:23

For BOOKING: 1704049 GOMIS, ANTOINE

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 04/27/2006 | ADD CASH, | OPENING FUNDS | 0.30 | 0.30 | 0.00 | 0.00 | |
| 04/27/2006 | REACHOUT OP | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | |

KEEP STATEMENT PORTION: IF ALL COURT ORDERED PAYMENTS ARE BEING MADE BY YOUR EMPLOYER, THIS STATEMENT IS FOR YOUR RECORDS ONLY.

**ID #:** [redacted]8

**CASE ACTIVITY STATEMENT** November 2006

| DESCRIPTION OF ACCOUNT | | PRIOR BALANCE | | | | NEW BALANCE |
|---|---|---|---|---|---|---|
| | | ARREARS OR INTEREST | PAYMENT APPLIED - LAST MONTH | NEW CURRENT + SUPPORT | NEW INTEREST + OWED | ARREARS & INTEREST |
| FOR YOUR CHILDREN | ACCOUNT TYPE | 1 | 2 | 3 | 4 | 5 |
| A[redacted] | OCT CURR C/S | 1717.00 | 0.00 | 0.00 | 0.00 | 1717.00 |
| C[redacted] | ARR CH SPT | 20604.00 | 0.00 | 1717.00 | 0.00 | 22321.00 |
| A[redacted] | INT CH SPT | 1116.05 | 0.00 | 0.00 | 186.01 | 1302.06 |
| | SUBTOTAL: | 23437.05 | 0.00 | 0.00 | 186.01 | 23623.06 |
| | NOV CURR C/S | 0.00 | 0.00 | 1717.00 | 0.00 | 1717.00 |
| CASE TOTALS | | 23437.05 | 0.00 | 1717.00 | 186.01 | 25340.06 |
| ALL CASES -- TOTAL | | 23437.05 | 0.00 | 1717.00 | 186.01 | 25340.06 |
| REPAYMENT AMOUNT DUE THIS MONTH => | | 23623.06 | + CURRENT SUPPORT DUE THIS MONTH => | 1717.00 | + TOTAL OWED THIS MONTH => | 25340.06 |

THE US (CALIFORNIA COURT ORDER[illegible] DUE CHILD SUPPORT PAYMENT (FROM [illegible] TO PRESENT (WHILE [illegible] SINCE [illegible] EXCEPT USA [illegible] ON MAY 2007 [illegible]

*New law says cases in arrears will be submitted to FTB for collection.*

ONLY MAIL PAYMENTS TO PO BOX 989067, WEST SACRAMENTO, CA 95798-9067

Antoine Gomis

UCSF

The Medical Center at the University of California, San Francisco

Herbert C. Moffitt Hospital
Joseph M. Long Hospital
UCSF Children's Medical Center
Langley Porter Psychiatric Hospital
Ambulatory Care Center
Herbst Emergency Service

San Francisco, CA 94143
415/476-1000

To Whom It May Concern,

Camilia Gomis, MRN 46342895, was admitted to our hospital for workup of a newly diagnosed tumor involving her tailbone. She is scheduled to have a biopsy of this mass on May 23, 2005.

Her father would understandably like to come to the United States immediately to participate in his daughter's care. (Antoine Gomis)

Thank you in advance for your help.

Sincerely,

Mignon Loh, MD
Assistant Professor of Hematology-Oncology
University of California, San Francisco
505 Parnassus Ave
San Francisco, CA 94143

FROM

UCSF Children's Hospital
at UCSF Medical Center

EXHIBIT 5

Department of Pediatrics
Children's Cancer
and Blood Diseases Program
505 Parnassus Avenue
Room M649
San Francisco, CA 94143-0106

Pediatric Oncology Office
tel: 415/476-3831
fax: 415/502-4372

Pediatric Hematology Office
tel: 415/476-4901
fax: 415/476-3301

www.ucsfhealth.org/childrens
University of California,
San Francisco

Katherine Matthay, MD
Interim Division Chief
Pediatric Hematology/Oncology
Director, Pediatric Oncology
matthayk@peds.ucsf.edu

Marion Koerper, MD
Director, Pediatric Hematology
mkoerper@peds.ucsf.edu

Arthur Ablin, MD
aablin@itsa.ucsf.edu

Anuradha Banerjee, MD
Pediatric Neuro-Oncology
anu@itsa.ucsf.edu

Ben Braun, MD
bbraun@itsa.ucsf.edu

Robert Goldsby, MD
goldsbyr@peds.ucsf.edu

Michelle Hermiston, MD, PhD
hermist@itsa.ucsf.edu

Mignon Loh, MD
lohm@itsa.ucsf.edu

William Mentzer, MD
wmentzer@sfghpeds.ucsf.edu

Elizabeth Robbins, MD
robbins@itsa.ucsf.edu

Kevin Shannon, MD
kshannon@cgl.ucsf.edu

Seymour Zoger, MD
apple02@itsa.ucsf.edu

June 8th 2005

Dear Officer Brian Muirhead:

I understand that the father of Camilia Gomis is being detained by immigration. His daughter is being treated at UCSF for a serious medical problem. Please allow him the opportunity to be with his daughter during this very difficult period in her life.

Camilia is an 11-year-old girl with a three-month history of back pain and a palpable mass at the base of her spine. She was evaluated by a local surgeon and had an incision and drainage on 05/12/05 without relief. She had a follow-up CT scan that demonstrated a 10 centimeter sacral mass. Her care was transferred to UCSF on 5/20/2005. A biopsy was done at UCSF on 5/23/2005. The final pathology is still pending, but preliminary analysis suggests that this is an aggressive tumor and will require significant therapy. She will likely need a surgical resection, which will be very challenging based on the location of the tumor. She may also need chemotherapy treatments and/or radiation treatments depending on the final pathology results.

Any help you can provide Camilia and her family during this very difficult situation would be greatly appreciated. We certainly appreciate your attention in this matter. If you have other questions, please do not hesitate to call me.

Sincerely,

Robert Goldsby, M.D.
Pediatric Oncology
University of California San Francisco
415-476-3831



Lucile Packard
Children's Hospital
AT STANFORD

4/3/07

To Whom It May Concern:

Re: Dr Antoine Gomis

Dr. Antoine Gomis is the father of Camilia Gomis. Camilia is a patient at Lucile Packard Children's Hospital in the pediatric oncology clinic. Camilia is being treated for anaplastic sacral chordoma, diagnosed in May, 2005. Camilia was initially treated with surgical resection and radiation therapy to the sacral area. Unfortunately her tumor recurred and her course was complicated by multiple wound infections following her surgery. Eventually the tumor metastasized to her lungs. Camilia and her mother then decided to proceed with chemotherapy. Camilia received 10 cycles chemotherapy and her disease did appear to respond to the treatment. Unfortunately, an MRI completed only 2 months following the completion of her chemotherapy demonstrated possible growth of her tumor and this was later biopsied and proven positive. We are now attempting to give Camilia a medication called Tarceva (Erlotinib), a tyrosine kinase inhibitor of the Human Epidermal Growth Factor Receptor (EGFR). Camilia's tumor was found to be positive for EGFR. We will rescan her tumor to look for a response and consider alternative treatments if this does not seem to be controlling her tumor growth.

Unfortunately, Camilia does appear to have rapid progression of her disease and it is unlikely that she will survive. If you have any further questions regarding Camilia or treatment, please contact our office at 650-497-8953.

Sincerely,

Lynn Slagle, RN, CPNP
Pediatric Nurse Practitioner

Gary Dahl, MD

725 Welch Road • Palo Alto, CA 94304

**BRITISH AIRWAYS**

NAME OF PASSENGER
GOMIS/ANTOINE DR
WORLD TRAVELLER
FROM LONDON LHR
TO SAN FRANCISC SFO

| CARRIER / FLIGHT | CLASS / DATE | TIME |
|---|---|---|
| BA 285 | M 24MAY | 1050 |

| GATE | GATE CLOSES | SEAT | SMOKE |
|---|---|---|---|
| 50 | 1030 | 29C | XX |

| PCS. | CK. WT. | UNCK. WT. | SEQ. NO. |
|---|---|---|---|
| 0 | 0 | 0 | 078 |

PASSENGER TICKET AND BAGGAGE CHECK

$$ ETKT NO COUPON

**BRITISH AIRWAYS**

NAME OF PASSENGER
GOMIS/ANTOINE DR
EURO TRAVELLER
FROM PARIS CDG
TO LONDON LHR

| CARRIER / FLIGHT | CLASS / DATE | TIME |
|---|---|---|
| BA 303 | M 24MAY | 0740 |

| GATE | GATE CLOSES | SEAT | SMOKE |
|---|---|---|---|
| B | 0725 | 18A | XX |

| PCS. | CK. WT. | UNCK. WT. | SEQ. NO. |
|---|---|---|---|
| 0 | 0 | 0 | 012 |

PASSENGER TICKET AND BAGGAGE CHECK

$$ ETKT NO COUPON