IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE GOMIS,<br><br>        Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>        Defendant(s). | No. C 08-02276 JW (PR)<br><br>ORDER OF DISMISSAL |

Per order filed on May 22, 2008, the Court dismissed plaintiff's pro se prisoner civil rights complaint with leave to amend within 30 days, and advised plaintiff that failure to file a proper amended complaint within the designated time would result in the dismissal of this action. (Docket No. 4 at 4.)

More than 30 days have elapsed. However, plaintiff has not filed an amended complaint or sought an extension of time to do so. The action is DISMISSED.

The clerk shall close the file.

DATED: July 7, 2008

*James Ware*
JAMES WARE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JW\CR.08\Gomis02276_dismissal.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ANTOINE GOIMS,

        Plaintiff,

v.

U.S.A., et al.,

        Defendants.

Case Number: CV08-02276 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   7/9/2008  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antoine Gomis 1704049
The Lerdo Pre-trial Facility
17695 Industrial Farm Rd
Bakersfield, Ca 93308-9563

Dated:   7/9/2008

        Richard W. Wieking, Clerk
      /s/ By: Elizabeth Garcia, Deputy Clerk