IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE GOMIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>　　　　Defendant(s). | No. C 08-02276 JW (PR)<br><br>JUDGMENT |

For the reasons stated on the order of dismissal, this action is DISMISSED. Judgment is entered accordingly.

DATED: July, 7, 2008

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.08\Gomis02276_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE GOIMS,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S.A., et al.,<br><br>        Defendants.<br>_____/ | Case Number: CV08-02276 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____7/9/2008_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Antoine Gomis 1704049
The Lerdo Pre-trial Facility
17695 Industrial Farm Rd
Bakersfield, Ca 93308-9563

Dated: _____7/9/2008_____

                                                  Richard W. Wieking, Clerk
                                                  /s//By: Elizabeth Garcia, Deputy Clerk